No. 697. E. B. ENGEL *v.* J. O. DAVENPORT ET AL. December 15, 1924. Petition for a writ of certiorari to the Supreme Court of the State of California granted. *Mr. H. W. Hutton* for petitioner. No appearance for respondents.

No. 727. MISSOURI PACIFIC RAILROAD COMPANY *v.* BYRD J. BOONE. January 5, 1925. Petition for a writ of certiorari to the St. Louis Court of Appeals of the State of Missouri granted. *Mr. Edward J. White, Mr. James F. Green* and *Mr. Merritt U. Hayden* for petitioner. *Mr. Morton Jourdan* for respondent.

No. 748. READING COMPANY, SUCCESSOR OF PHILADELPHIA & READING RAILWAY COMPANY *v.* JOHN L. KOONS, ADMINISTRATOR. January 5, 1925. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania granted. *Mr. Charles Heebner* for petitioner. No appearance for respondent.

No. 772. WILLIAM O'HARA ET AL. *v.* LUCKENBACH STEAMSHIP COMPANY. January 12, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. H. W. Hutton* for petitioners. No appearance for respondent.

No. 785. I. T. S. RUBBER COMPANY *v.* ESSEX RUBBER COMPANY. January 12, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Melville Church* and *Mr. Charles A. Brown* for petitioner. *Mr. Lucius E. Varney* for respondent.